DOCUMENTS UNDER SEAL ☐    AMENDED ☐    TOTAL TIME (mins):

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK | | REPORTER/FTR | |
|---|---|---|---|---|
| MAGISTRATE JUDGE | DATE | | NEW CASE | CASE NUMBER |

### APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | | PD. ☐    RET. ☐ APPT. |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY | | INTERPRETER | | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR

| INITIAL APPEAR ☐ | PRELIM HRG ☐ | MOTION ☐ | JUGM'T & SENTG ☐ | STATUS TRIAL SET ☐ |
|---|---|---|---|---|
| I.D. COUNSEL ☐ | ARRAIGNMENT ☐ | BOND HEARING ☐ | IA REV PROB. or or S/R ☐ | OTHER ☐ |
| DETENTION HRG ☐ | ID / REMOV HRG ☐ | CHANGE PLEA ☐ | PROB. REVOC. ☐ | ATTY APPT HEARING ☐ |

### INITIAL APPEARANCE

| ADVISED OF RIGHTS ☐ | ADVISED OF CHARGES ☐ | NAME AS CHARGED IS TRUE NAME ☐ | TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ARRAIGNED ON INFORMATION ☐ | ARRAIGNED ON INDICTMENT ☐ | READING WAIVED SUBSTANCE ☐ | WAIVER OF INDICTMENT FILED ☐ |
|---|---|---|---|

### RELEASE

| RELEASED ON O/R ☐ | ISSUED APPEARANCE BOND ☐ | AMT OF SECURITY $ | SPECIAL NOTES | PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED  CASH    $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| MOTION FOR DETENTION ☐ | PRETRIAL criminal SERVICES history REPORT    only ☐ | DETAINED ☐ | RELEASED ☐ | DETENTION HEARING AND FORMAL FINDINGS WAIVED ☐ | REMANDED TO CUSTODY ☐ |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| CONSENT ENTERED ☐ | NOT GUILTY ☐ | GUILTY ☐ | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| PRESENTENCE REPORT ORDERED ☐ | CHANGE OF PLEA ☐ | PLEA AGREEMENT FILED ☐ | OTHER: |

### CONTINUANCE

| TO: | ATTY APPT HEARING ☐ | BOND HEARING ☐ | STATUS RE: CONSENT ☐ | TRIAL SET ☐ |
|---|---|---|---|---|
| AT: | SUBMIT FINAN. AFFIDAVIT ☐ | PRELIMINARY HEARING ☐ _____ | CHANGE OF PLEA ☐ | STATUS re: detention ☐ |
| BEFORE HON. | DETENTION HEARING ☐ | ARRAIGNMENT ☐ | MOTIONS ☐ | JUDGMENT & SENTENCING ☐ |
| TIME WAIVED ☐ | TIME EXCLUDABLE UNDER 18 § USC 3161 ☐ | IDENTITY / REMOVAL HEARING ☐ | PRETRIAL CONFERENCE ☐ | PROB/SUP REV. HEARING ☐ |

### ADDITIONAL PROCEEDINGS

DOCUMENT NUMBER: