BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 16-0437 JST |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER FOR A CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ |
| RICARDO MANUEL DURAN, | ) |
| Defendant. | ) |

The United States of America, by and through its attorney of record, and defendant Ricardo Manuel Duran ("defendant"), by and through his attorney of record, hereby stipulate as follows:

1.    The parties respectfully request that the above-captioned matter, currently scheduled for status on March 24, 2017 at 9:30 a.m., be continued to May 5, 2017 at 9:30 a.m., and that the time from March 24, 2017 to May 5, 2017 be excluded on the basis of effective assistance of counsel. The parties' first appearance before this Court was on February 10, 2017.  When the original prosecutor thereafter left the Strike Force unit, this case was re-assigned to the undersigned Assistant United States Attorney. The defendant requested a viewing of the evidence, which then needed to be re-located from the Hayward Police Department to the Office of Homeland Security Investigations in San Francisco.  The evidence viewing has been scheduled for March 23, 2017.  Further, both the defense lawyer and the

newly assigned prosecutor need additional time to review all of the discovery, which includes a number of recordings and videos, and pursue further investigation for effective preparation of counsel.

2. The parties stipulate and agree that this matter should be continued to May 5, 2017 at 9:30 a.m., and that the failure to grant such a continuance would unreasonably deny the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that the time from March 24, 2017 through May 5, 2017 should be excluded on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and for effective preparation of counsel, taking into account the exercise of due diligence, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: March 20, 2017                    Respectfully submitted,

                                         BRIAN J. STRETCH
                                         United States Attorney

                                             /s/
                                         DEBORAH R. DOUGLAS
                                         Assistant United States Attorney

                                             /s/
                                         ANGELA HANSEN, Esq.
                                         Attorney for Defendant

ORDER

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the above-captioned matter shall be continued to May 5, 2017 at 9:30 a.m. for status and that the time from March 24, 2017 through May 5, 2017 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that failure to grant the continuance would unreasonably deny the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: March 20, 2017

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE