**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, SUITE 1350N
OAKLAND, CA 94612

**STEVEN G. KALAR**
*Federal Public Defender*
**ANGELA M. HANSEN**
*Assistant Federal Public Defender*

Telephone:  (510) 637-3500
Fax:  (510) 637-3507

April 5, 2017

***By e-filing and hand delivery***

The Honorable Donna M. Ryu
United States Magistrate Court,
Northern District of California
1301 Clay Street
Oakland, CA 94612

RE:  *United States v. Ricardo Duran,* **CR-16-437 JST**

Your Honor:

On January 13, 2017, Ricardo Duran waived his detention hearing without prejudice because he had two separate state holds.  It is my understanding that those holds have now been lifted.  For this reason, I write to respectfully request that this matter be placed on the Court's calendar for a detention hearing on **April 11, 2017 at 9:30 a.m.**  The pretrial services office is currently preparing its report, and government counsel is available on the requested date.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/s/

ANGELA MILELLA HANSEN
Assistant Federal Public Defender

cc:      Deborah Douglas (by e-filing)