BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-0437 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR A CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ |
| v. | |
| RICARDO MANUEL DURAN, | |
| Defendant. | |

    The United States of America, by and through its attorney of record, and defendant Ricardo Manuel Duran ("defendant"), by and through his attorney of record, hereby stipulate as follows:

    1.    For the reasons stated in open court on May 5, 2017, the Court continued the above-captioned matter to May 26, 2017 at 9:30 a.m. and excluded time under the Speedy Trial Act from May 5, 2017 through May 26, 2017 on the basis of effective preparation of counsel under 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

    2.    The parties stipulate and agree that this matter should be continued to May 26, 2017 at 9:30 a.m., and that the failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that the time from May 5, 2017 through May 26, 2017

should be excluded on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and for effective preparation of counsel, taking into account the exercise of due diligence, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: May 12, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/
DEBORAH R. DOUGLAS
Assistant United States Attorney

/s/
ANGELA HANSEN, Esq.
Attorney for Defendant

## ORDER

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the above-captioned matter shall be continued to May 26, 2017 at 9:30 a.m. for a change of plea and that the time from May 5, 2017 through May 26, 2017 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that failure to grant the continuance would unreasonably deny the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: May 17, 2017

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Stipulation and Order
CR 16-0437 JST