STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507

Counsel for Defendant DURAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 16-CR-437 JST |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | TO CONTINUE SENTENCING HEARING |
| | ) | DATE TO OCTOBER 6, 2017 |
| RICARDO DURAN, | ) | |
| | ) | |
| Defendant. | ) | Hearing Date: August 25, 2017 |
| | ) | Time: 9:30 a.m. |

The above-captioned matter is set on August 25, 2017 before this Honorable Court for a sentencing hearing. The parties jointly request that the Court continue this matter to October 6, 2017.

The parties jointly request a continuance of the sentencing hearing date until October 6, 2017. This request for a short continuance is made to allow the parties additional time to prepare for sentencing and to provide materials to the United States Probation Office for Mr. Duran's Pre-sentence Investigation Report. The assigned probation officer, Charlie Mabie, is in agreement with this continuance and is available on the requested date.

-1-

DATED: August 15, 2017

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| JOSEPH M. ALIOTO JR. | ANGELA M. HANSEN |
| Assistant United States Attorney | Assistant Federal Public Defender |

# [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby continues the sentencing hearing date from August 25, 2017 to October 6, 2017 at 9:30 a.m.

August 16, 2017
_____
DATE

_____
HON. JON S. TIGAR
United States District Judge