# EXHIBIT A

**U.S. v. RICARDO DURAN**

CR 16-437 JST
DEFENDANT RICARDO DURAN'S
SENTENCING MEMORANDUM

Copy of Letter Rosie Duran provided directly to the United States Probation Office:

Hello Your Honor my name is Letisha Rosie Duran, I'm writing in regards to my brother Ricardo Manuel Duran; whose currently incarcerated at the Glenn Dyer Detention Center. I know that you see a lot of cases like this. all the time. I'm sure my brother is just another common Criminal. in your eyes. Your honor to a certain extent I must agree with you. He has made bad choices in his life. he's not perfect. however nobody is.... my brother's about be locked away for a very long time. I'm writing you to hopefully shed some light on his background and where he came from. I know it won't change anything that he's done in his past however maybe you could find it in your heart to send my brother to a drug program... Being that drugs are the reason behind a lot of his actions.. me and my brother are 9 months apart. growing up we were really close. I remember my father and mother always being there, we never went without. As adolescents we were well taken care of. My father worked and my mother stood home and took care of us. My father was a well known and respected man. He wasnt in an out of jail but he did have a past. I remember every thing my dad taught my brother and I, the lessons he taught made us who we are today. The stories he told us about his past caused us both to be fascinated and infatuated with that lifestyle. Every kid looks up to their father and mother. We looked up to ours to. We wanted to be just like him, especially my brother. My dad's been to prison and we heard stories about the things he been through and done. I think my brother felt like he needed to live up to that image my father was. I remember my dad smoking weed with my brother at a very young age from marijuana it went to methamphetamine. By the time I was 16 and my brother was 15 we were getting high with our parents. Unfortunately to us it was normal. I look back on it now and I realize how abnormal that lifestyle we lead really was... As teenagers we started cutting School. my brother was in and out of juvenile hall, we were drinking, getting into fights, basically running amok. My brother was addicted to methamphetamine to the point where he fainted from staying up all night not eating. I noticed a lot of the times when he was in that state of mind, is when he made a lot of bad choices. He did things he wouldn't normally do. It's almost as if the drug killed any love and emotion he held within n made him Hollow. He had no feelings for anything, he didn't care what happened and if you asked him what he wanted to be, he would tell you his goal was to see prison. I never understood that like i mentioned maybe he was trying to live up to my Dad. I don't know.... well he eventually met his goal and went to prison for the first time.

when I went to see him, it was as if I were talking to a totally different person. He no longer had a Blank Stare, he no longer had that mean look, he spoke clear, he looked healthy, he was my brother.... my brother's a very intelligent educated individual, when he's not using. Upon his release he stayed clean for a while but then fell back into that addiction. it's like it never went away... it's like the Beast inside him was merely sleeping, not dead. believe me my brother woke that Beast up not long after his release. when he met my sister-in-law his baby's mom before they had kids, he was messing up real bad. Then they had his first son and things changed for the better.. he wanted to be a good father and he was, for a while... then that addiction came back to haunt him n he fell victim once again to it. Before i knew it he went right back to the streets. he loved his son, there is no doubt in my mind about that. however his addiction always seemed to ruin his life. At first glance my brother may look like he's a cold-hearted criminal however what you fail to realize is that my brother is a product of his environment, if you will. See unfortunately we didn't grow up in the best area. where we grew up certain things were expected of you. Yes I know that's not an excuse and I'm not looking for an excuse to give you. I'm just giving you the reality of the lifestyle that he was forced to live. in my eyes he was a victim of circumstance. I pray for my brother, I pray for him to come home. Your honor what you don't see is that my brother has a big heart. his family comes first. Its just that his addiction held him back from becoming a successful individual. his addiction took him down roads he probably shouldn't have went down but it's too late to change any of that... what happened happened and now he's forced to live with it. all that I'm asking is that you give my brother a chance to become a productive member of society as a man. give him a chance to be a father to his kids so that they don't follow in his footsteps and go down the same road he did. give him another chance to prove himself there's no doubt in my mind nor my heart that he will successfully complete a drug program. I know he'll put his all into his sobriety..your honor  he's not strong enough to do an outpatient program. My brother needs an inpatient program, one where he's away from the streets and away from his so-called friends...In my opinion they merely drug him down like an anchor for all these years... I know he's a man and he makes choices on his own however peer pressure doesn't make it any easier for him to stop. give him a program that he must complete successfully before being released. At least that way he knows what it's like away from all this corruption and Chaos. so he knows what the sober life is like. so he values his kids and values his freedom. I guarantee if  given that chance my brother Ricardo Duran will  succeed.

# EXHIBIT B

## U.S. v. RICARDO DURAN

CR 16-437 JST
DEFENDANT RICARDO DURAN'S
SENTENCING MEMORANDUM

DEAR YOUR HONOR,

AS YOU KNOW MY NAME IS RICARDO DURAN IM A 33 YEAR OLD FATHER OF 3 CHILDREN AGES 8, 6, AND 5. I WOULD LIKE TO GIVE YOU A BIT OF HISTORY ABOUT MY PAST AND CHILDHOOD AS WELL AS GIVE YOU SOME INSIGHT ON MY CURRENT STATE OF MIND AND HOW I'VE ARRIVED AT THIS TURNING POINT IN MY LIFE TODAY. FOREMOST AS A CHILD I WAS RAISED IN A HOME WHICH WAS PLAGUED BY DRUG ABUSE AND DOMESTIC VIOLENCE I AM THE YOUNGEST OF 4 SIBLINGS AND THE ONLY BOY. MY FATHER WAS EXTREMLY ABUSIVE PHYSICALLY AND VERBALLY. ME BEING THE ONLY BOY I WAS THE ONE MOSTLY SUBJECTED TO SUCH ABUSE SO MY ESCAPE FROM THIS WAS RUNNING AWAY FROM HOME WHICH BEGAN AT AGE 9. IN THOSE STREETS I FOUND MYSELF INVOLVED WITH INDIVIDUALS MUCH OLDER THEN MYSELF AND MOST WERE GANG MEMBERS AND DRUG ADDICTS FOR ACCEPTANCE I BECAME BOTH. MY FATHER WAS A METH ADDICT AND HIS WAY OF TRYING TO KEEP ME OUT OF THE LIFE HIS ABUSIVE WAS FORCED ME INTO WAS TO BEAT ME. AT ABOUT 13 YEARS OLD HE GAVE UP AND THREW IN THE TOWEL AT WHICH POINT HE THEN BECAME MY FRIEND OR SHOULD I SAY CRIME PARTNER AND

TEACHER. WE BEGAN USING METHAMPHETAMINE TOGETHER WHEN I WAS 14, HE TAUGHT ME HOW TO SELL DRUGS AND I REMEMBER HIM TELLING ME "IF THIS IS THE LIFE YOU CHOOSE WELL THEN DON'T DO IT HALF WAY, DO IT TO THE FULLEST EXTENT BECAUSE I REFUSE TO HAVE A PUNK FOR A SON." ... THAT WAS THE BEGINNING OF MY JOURNEY I THEN ENTERED THE JUVENILE JUSTICE SYSTEM AND AT 18 ENTERED THE CALIFORNIA PRISON SYSTEM. IN 2008 MY FIRST BORN SON ENTERED MY LIFE AND I REFUSED TO ALLOW HIM TO LIVE THE LIFE I LIVED I'VE ENDURED ENOUGH HARDSHIPS FOR ALL 3 OF MY CHILDREN. I WAS ADAMANT IN BECOME A TOTALLY OPPOSITE FATHER THEN MY FATHER WAS TO ME. I DISCHARGED PAROLE OBTAINED FULL TIME EMPLOYMENT AND ENTERED RECOVERY FOR MY ADDICTION THROUGH THE YEARS I DID LONG PERIODS OF TIME CLEAN BUT SOME HOW MY ADDICTION WOULD SNEAK BACK UP ON ME AS YOU CAN SEE FROM MY RECORD. I CAME TO THE REALIZATION OF WHAT MY PROBLEM WAS BUT UNFORTUNATELY IT TOOK MY POOR CHILDREN GETTING PLACED IN THE CUSTODY OF C.P.S. IN FEB. 2016

I NOW UNDERSTAND MY VICE THAT CONTINUED TO PULL ME BACK TO MY ADDICTION. THAT VICE IS "PEOPLE, PLACES, AND THINGS." I CAN STOP USING BUT IF I CONTINUE TO ASSOCIATE WITH THE SAME PEOPLE, FREQUENT THE SAME PLACES, AND INVOLVE MYSELF WITH THE SAME THINGS I WILL CONTINUE TO BE PULLED BACK INTO THAT LIFE STYLE. YOUR HONOR SINCE MY KIDS WERE TAKEN I HAVE MADE SO MUCH PROGRESS AND AT THE TIME OF MY ARREST I WAS IN A RESIDENTIAL LIVE IN PROGRAM MAINTAINING A FULL TIME JOB WHILE STILL ATTENDING ALL MY PARENTING CLASSES, DRUG AWARENESS CLASSES, ANGER MANAGEMENT AS WELL AS ATTENDING NARCOTICS ANONYMOUS I WAS MEETING ALL REQUIRMENTS FOR MY REUNIFICATION PLAN SET FORTH BY MY SOCIAL WORKER. I KNOW AND ACKNOWLEDGE MY MISTAKES YOUR HONOR AND ALL I ASK IS FOR A CHANCE SO I MAY SHOW YOU RATHER THEN TELL YOU. MY CHILDREN ARE IN FOSTER CARE AND I ASK FOR LENIENCY SO I CAN CONTINUE IN MY RECOVERY AND BECOMING THE FATHER MY CHILDREN NEED. THIS ENTIRE SITUATION I FIND MYSELF IN HAS REALLY OPENED MY EYES AND IF MY

ALLOWED THE CHANCE TO PROVE TO YOU HOW SERIOUS I AM. I WOULD NOT FAIL YOU, MYSELF, FAMILY BUT MOST IMPORTANTLY MY CHILDREN. YOUR HONOR YOU CAN REST ASSURE ONCE IM RELEASED I WILL ENTER SOCIETY WITH MY LIFE IN A NEW DIRECTION. I WILL SUCCESSFULLY COMPLETE PAROLE AND CONTINUE MY RECOVERY WHILE MAINTAINING TO BE A PRODUCTIVE MEMBER OF SOCIETY. I THANK YOU FOR YOUR TIME, PATIENCE AND HOPEFULLY UNDERSTANDING.

RESPECTFULLY
RICARDO MANUEL DURAN
R. DURAN