# Exhibit A

*United States v. Duran*
16-CR-437 JST
*Sentencing*

(Excerpts from Defendant's Facebook Account)



| | | |
|---|---|---|
| **Photos** | **Album: Instagram Photos** | **Image** <br> <br> **Linked Media File:** linked_media/photos_1734942816781144.jpg <br> **Id** 1734942816781144 <br> **Title** DECOTO GANGSTER #decotofamily. #runuporshutup <br> **Photo** http://scontent.xx.fbcdn.net/v/t1.0-9/12938318_1734942816781144_6210394639803230758_n.jpg?oh=ab028ac1cef91efee01f9c6a9605a6be&oe=6746E82F <br> **Link** http://www.facebook.com/photo.php?fbid=1734942816781144&set=a.1734942810114478.1073741830.100007963271274&type=3 <br> **Upload Ip** 2401:db00:11:20c1:face:0:39:0 <br> **Album Name** Instagram Photos <br> **Uploaded** 2016-04-04 00:19:44 UTC <br> **Tags** |



**Image**



**Linked Media File:** linked_media/photos_1734923433449749.jpg

**Id** 1734923433449749

**Title**

**Photo** http://scontent.xx.fbcdn.net/v/t1.0-9/12938253_1734923433449749_3513730852900296917_n.jpg?oh=d47c07599b79240afc6af92ed0c12f3a&oe=63D0B301

**Link** http://www.facebook.com/photo.php?fbid=1734923433449749&set=a.1415839175358178.1073741827.100007963271274&type=3

**Upload Ip** 2607:fb90:42c:5763:3f32:cbd:b6cb:e36d

**Album Name** Profile Pictures

**Uploaded** 2016-04-03 22:40:36 UTC

**Tags**



**Image**



**Linked Media File:** linked_media/photos_1734922926783133.jpg

**Id** 1734922926783133

**Title**

**Photo** http://scontent.xx.fbcdn.net/v/t1.0-9/q84/s720x720/12920353_1734922926783133_4467590429711054761_n.jpg?
oh=b8a02aa9e40800eedbf2559cd1607adf&oe=626E59ED

**Link** http://www.facebook.com/photo.php?fbid=1734922926783133&set=a.1415839175358178.1073741827.100007963271274&type=3

**Upload Ip** 2607:fb90:42c:5763:3f32:cbd:b6cb:e36d

**Album Name** Profile Pictures

**Uploaded** 2016-04-03 22:37:49 UTC

**Tags**



**Image**



           **Linked Media File:** linked_media/photos_1724687327806693.jpg

**Id** 1724687327806693

**Title** DECOTO FAMILY

**Photo** http://scontent.xx.fbcdn.net/v/t1.0-9/p720x720/1000976_1724687327806693_7009250138319417841_n.jpg?oh=e577fd655dea46350371850c19248919&oe=620A94B7

**Link** http://www.facebook.com/photo.php?fbid=1724687327806693&set=a.1415834495358646.1073741826.100007963271274&type=3

**Upload Ip** 99.41.73.230

**Album Name** Mobile Uploads

**Uploaded** 2016-03-19 16:27:53 UTC

**Tags**





**Recipients** Luis ███ (████████

Rick Duran (████████

**Author** Rick Duran (████████

**Sent** 2016-03-09 12:13:09 UTC

**Deleted** false

**Body** Fresh out brotha KEEP DAT BETWEEN U N I ONLY GOTTA SLIDE IN SUM NIGGAS N DO RECON

**Recipients** Luis ███ (████████

Rick Duran (████████

**Author** Rick Duran (████████

**Sent** 2016-03-09 12:13:44 UTC

**Deleted** false

**Body** Do u associate or communicate wit giggz frm ynl?

**Recipients** Rick Duran (████████

Luis (████████

**Author** Luis ███ (████████

**Sent** 2016-03-09 16:34:27 UTC

**Deleted** false

**Body** Yup i aint got his number tho..

**Recipients** Luis ███ (████████

Rick Duran (████████

**Author** Rick Duran (████████

**Sent** 2016-03-09 16:39:36 UTC

**Deleted** false

**Body** Aite where he be at da bay or tracy ? How u been brotha

**Recipients** Rick Duran (████████

Luis (████████

**Author** Luis ███ (████████

**Sent** 2016-03-09 16:41:23 UTC

**Deleted** false

**Body** He be in both bra mostly out there in tracy with Lazy from YNL.. im good bra same ol shit i got snatched with tree and had to pay to get out my nigga

**Recipients** Luis ███ (████████

Rick Duran (████████

**Author** Rick Duran (████████

**Sent** 2016-03-09 16:44:23 UTC

**Deleted** false

**Body** Aite u straight tho ima hit u

**Recipients** Rick Duran  Luis

**Author** Luis

**Sent** 2016-03-09 16:45:04 UTC

**Deleted** false

**Body** Im chilln bra tryin to see how to get sum loot

**Recipients** Luis  Rick Duran

**Author** Rick Duran

**Sent** 2016-03-09 16:49:29 UTC

**Deleted** false

**Body** Ill holla later we can talk

**Recipients** Rick Duran  Luis

**Author** Luis

**Sent** 2016-03-09 16:49:46 UTC

**Deleted** false

**Body** Off top bra

**Recipients** Rick Duran  Luis

**Author** Luis

**Sent** 2016-03-11 03:45:06 UTC

**Deleted** false

**Body** Wats good bra

**Recipients** Rick Duran  Luis

**Author** Luis

**Sent** 2016-03-12 17:54:40 UTC

**Deleted** false

**Body** Wats good wit u my nigga

**Recipients** Rick Duran  Luis

**Author** Luis

**Sent** 2016-03-19 03:29:05 UTC

**Deleted** false

**Body** Wats good bra

**Recipients** Luis Rick Duran

**Author** Rick Duran

**Sent** 2016-03-19 03:29:53 UTC

**Deleted** false

**Body** Same thang survivin slidin on niggaz

**Recipients** Rick Duran (  Luis (

**Author** Luis (

**Sent** 2016-03-19 03:30:09 UTC

**Deleted** false

**Body** Off top bra

**Recipients** Luis (  Rick Duran (

**Author** Rick Duran (

**Sent** 2016-03-19 03:30:32 UTC

**Deleted** false

**Body** Wat bout u how u livin u good on money

**Recipients** Rick Duran (  Luis (

**Author** Luis (

**Sent** 2016-03-19 03:31:56 UTC

**Deleted** false

**Body** Im broke my bratha.. im chilln everyday dealn with these shady police im ah make my way back home in these next few weeks

**Recipients** Luis (  Rick Duran (

**Author** Rick Duran (

**Sent** 2016-03-19 03:32:40 UTC

**Deleted** false

**Body** Bout time ima try to get. At u wit funds gime few days

**Recipients** Rick Duran (  Luis (

**Author** Luis (

**Sent** 2016-03-19 03:33:11 UTC

**Deleted** false

**Body** Ok my nigga

**Recipients** Luis (  Rick Duran (

**Author** Rick Duran (

**Sent** 2016-03-19 03:34:10 UTC

**Deleted** false

**Body** Yes sir n bout ramon da nigga cat cleared by one our top hats ...official!

**Recipients** Rick Duran  Luis

**Author** Luis

**Sent** 2016-03-19 03:34:58 UTC

**Deleted** false

**Body** Thats crazy bra real shit but it is wat it is

**Recipients** Luis  Rick Duran

**Author** Rick Duran

**Sent** 2016-03-19 03:35:39 UTC

**Deleted** false

**Body** I cant call it but dats wat it is

**Recipients** Rick Duran Luis

**Author** Luis

**Sent** 2016-03-23 06:14:39 UTC

**Deleted** false

**Body** Wars good bra

**Recipients** Rick Duran  Luis

**Author** Luis

**Sent** 2016-03-23 06:14:44 UTC

**Deleted** false

**Body** Wats

**Recipients** Rick Duran  Luis

**Author** Luis

**Sent** 2016-03-23 17:32:01 UTC

**Deleted** false

**Body** Bra wats good wit u out there hows shit lookin

**Recipients** Luis  Rick Duran

**Author** Rick Duran

**Sent** 2016-03-23 17:33:14 UTC

**Deleted** false

**Body** Dealin wit some issues out here regarding my fam

**Recipients** Rick Duran  Luis

**Author** Luis

**Sent** 2016-03-23 17:33:45 UTC

**Deleted** false

**Body** Oh okay bra i hope all is well

**Recipients** Rick Duran ( Luis

**Author** Luis

**Sent** 2016-03-24 16:57:03 UTC

**Deleted** false

**Body** Bra by chance u got a few dollas my nigga

**Recipients** Luis ( Rick Duran (

**Author** Rick Duran (

**Sent** 2016-03-24 16:58:55 UTC

**Deleted** false

**Body** Task snatched me last night n got me i jus left station tryina get my property n they say my shit aint dar n i need wait till arresting officer on duty

**Recipients** Luis (

Rick Duran (

**Author** Rick Duran (

**Sent** 2016-03-24 16:59:19 UTC

**Deleted** false

**Body** If i get my shit bk i got u

**Recipients** Rick Duran ( Luis (

**Author** Luis (

**Sent** 2016-03-24 17:16:54 UTC

**Deleted** false

**Body** Thats outtah pocket bra.. off top bra good lookn

**Recipients** Rick Duran ( Luis (

**Author** Luis (

**Sent** 2016-03-24 17:16:56 UTC

**IP** 189.221.158.145

**Deleted** false

**Body**

**Recipients** Rick Duran ( Luis (

**Author** Luis (

**Sent** 2016-03-24 21:58:01 UTC

**Deleted** false

**Body** Wat happened bra they still trippn off ur property

**Recipients** Luis ███████ (████████████ Rick Duran (████████████

**Author** Rick Duran (████████████

**Sent** 2016-03-24 22:06:31 UTC

**Deleted** false

**Body** Im headin dar now

**Recipients** Rick Duran (████████████ Luis (████████████

**Author** Luis ███ (████████████

**Sent** 2016-04-03 22:57:54 UTC

**Deleted** false

**Body** Wats good my nigga

**Recipients** Luis ███ (████████████ Rick Duran (████████████

**Author** Rick Duran (████████████

**Sent** 2016-04-03 22:59:06 UTC

**Deleted** false

**Body** Out here dealin wit. Bunch of fuk boys n nack niggas

**Recipients** Rick Duran (████████████ Luis (████████████

**Author** Luis ███ (████████████

**Sent** 2016-04-03 22:59:22 UTC

**Deleted** false

**Body** Thats ugly

**Recipients** Rick Duran (████████████ Luis (████████████

**Author** Luis ███ (████████████

**Sent** 2016-04-05 06:44:50 UTC

**IP** 189.221.158.145

**Deleted** false

**Body**

**Recipients** Luis ███ (████████████ Rick Duran (████████████

**Author** Rick Duran (████████████

**Sent** 2016-04-05 06:46:17 UTC

**Deleted** false

**Body** Wats good brotha im out here in frisco networkin wit some brothas hap still got da same num

**Recipients** Rick Duran

Luis

**Author** Luis

**Sent** 2016-04-05
06:46:29 UTC

**Deleted** false

**Body** Yup

**Recipients** Rick Duran

Luis

**Author** Luis

**Sent** 2016-04-08
20:43:26 UTC

**Deleted** false

**Body** Wassup bra

**Recipients** Luis

Rick Duran

**Author** Rick Duran

**Sent** 2016-04-08
21:33:26 UTC

**I** 2607:fb90:a4be:82b9:547b:5552:cabc:b
**P** d5a

**Deleted** false

**Body** Court

**Recipients** Rick Duran

Luis

**Author** Luis


**Sent** 2016-04-08
21:34:15 UTC

**Deleted** false

**Body** Oh okay bra i hole all is well bratha.....were u able to put sum loot together for me my nigga

**Recipients** Luis

Rick Duran

**Author** Rick Duran

**Sent** 2016-04-08
21:58:06 UTC

**IP** 173.164.163.230

**Deleted** false

**Body** Ima get on dat asap been in communication wit hella carnales in da joint they pushin line on this hogg n decoto fonk we bouta have a sit down n then a lil get together wit tha hood to issue directives at this lil function ill collect for u

**Recipients** Rick Duran

Luis

**Author** Luis

**Sent** 2016-04-08 21:58:53 UTC

**Deleted** false

**Body** Gracias bra

**Recipients** Rick Duran ( Luis (



**Author** Luis (

**Sent** 2016-04-10 07:45:28 UTC

**Deleted** false

**Body** Wats goin on wit them hogg niggas..are them niggas slow bra bcus to be on that bold shit ain't even in there character

**Recipients** Rick Duran ( Luis (



**Author** Luis (

**Sent** 2016-04-10 07:45:40 UTC

**Deleted** false

**Body** Real shit

**Recipients** Rick Duran ( Luis (



**Author** Luis (

**Sent** 2016-04-10 07:47:59 UTC

**Deleted** false

**Body** If u get a chance get at lil ray to get in contact wit his uncle pony boy..ol.school wit tha shit i was wit bra in coleman 1 USP.. IN florida he was up there wit payaso from tha turf..my nigga

**Recipients** Rick Duran ( Luis (



**Author** Luis (

**Sent** 2016-04-10 07:48:40 UTC

**Deleted** false

**Body** Real gangsta from brocha town..san jo

**Recipients** Luis ( Rick Duran (



**Author** Rick Duran (

**Sent** 2016-04-10 07:58:52 UTC

**Deleted** false

**Body** Im knowin bout pony boy he been in da game many years check game ive been in communication with some carnals incarcerated in da state those in

command of our jurisdiction ive been appointed the voice for the hood n directed to have a one time sit down with some influentials from da hoggs and both sides are given a verbal n directed to cease fire any one after this wen it does occur will b alleviated via weaponry n thats on the streets to set an example this is direcly from the top NF. ALL WILL COMPLY

**Recipients** Luis
Rick Duran

**Author** Rick Duran

**Sent** 2016-04-10 08:01:58 UTC

**Deleted** false

**Body** Do me favor contact all homies from da hood u communicate with n forward them my number tell them to get at me asap

**Recipients** Rick Duran
Luis

**Author** Luis

**Sent** 2016-04-10 08:04:14 UTC

**Deleted** false

**Body** Off top bra but at tha same time bratha like tha carnal tarzan told ME.. when individuales get on that gorilla shit talkn madness jus bcus we brathas dont give no right to express them selves in that matter

**Recipients** Rick Duran
Luis

**Author** Luis

**Sent** 2016-04-10 08:05:13 UTC

**Deleted** false

**Body** How is it that a fello n disrespects u and bcus we in tha same mob they feel like its ok....no sir thats out

**Recipients** Rick Duran
Luis

**Author** Luis

**Sent** 2016-04-10 08:08:21 UTC

**Deleted** false

**Body** Bra when i hit tha yard in florida i was placer on freeze bcus of tha mob and squade bidness bra all behind oh boy flaco but since u gave tha word bout oh boy im ah push wit bra

**Recipients** Luis
( 
Rick Duran
(

**Author** Rick Duran
(

**Sent** 2016-04-10 08:08:49 UTC

**Deleted** false

**Body** I dig it n if we must move we move discreetly clandestine ya dig but still i must follow directives n relay their orders the warfare tactic dat been winning wars for many years is da element of surprise understand wat im saying

**Recipients** Rick Duran
(
Luis
(

**Author** Luis
(

**Sent** 2016-04-10 08:09:02 UTC

**Deleted** false

**Body** U remember shady d/hollis

**Recipients** Rick Duran
(
Luis
(

**Author** Luis
(

**Sent** 2016-04-10 08:09:44 UTC

**Deleted** false

**Body** David hernandes

**Recipients** Luis
(
Rick Duran
(

**Author** Rick Duran
(

**Sent** 2016-04-10 08:11:24 UTC

**Deleted** false

**Body** I do not recall shady he knows me any how wats da word on him

**Recipients** Luis
(
Rick Duran
(

**Author** Rick Duran
(

**Sent** 2016-04-10 08:13:08 UTC

**Deleted** false

**Body** Look its late n i gotta get up early to go visit the kids in modesto so ima call it a night hit me in da morning brotha

**Recipients** Rick Duran
(
Luis
(

**Author** Luis
(

**Sent** 2016-04-10 08:13:58 UTC

**Deleted** false

**Body** Hes a.. 1 he said he was wit u in violator dorm

**Recipients** Rick Duran
(
Luis
(

**Author** Luis
(

**Sent** 2016-04-10 08:13:58 UTC

**Deleted** false

**Body** Of top bra..sucka duck ill be home soon

**Recipients** Luis
(
Rick Duran
(

**Author** Rick Duran
(

**Sent** 2016-04-10 08:24:17 UTC

**Deleted** false

**Body** Get at me ina morning n yeah i remember him now

**Recipients** Luis
(
Rick Duran
(

**Author** Rick Duran
(

**Sent** 2016-04-10 08:24:28 UTC

**Deleted** false

**Body** He wit it

**Recipients** Rick Duran
(
Luis
(

**Author** Luis
(

**Sent** 2016-04-10 08:24:32 UTC

**Deleted** false

**Body** Off top

**Recipients** Rick Duran
(
Luis
(

**Author** Luis
(

**Sent** 2016-04-10 08:24:41 UTC

**Deleted** false

**Body** Yup thats my bratha

**Recipients** Rick Duran
(

**Author** Luis

**Sent** 2016-04-10 08:25:13 UTC

**Deleted** false

**Body** Hes tha one who reached and aproved my stamps

**Recipients** Luis Rick Duran

**Author** Rick Duran

**Sent** 2016-04-10 08:25:39 UTC

**Deleted** false

**Body** Dats right

**Recipients** Rick Duran Luis

**Author** Luis

**Sent** 2016-04-10 08:26:20 UTC

**Deleted** false

**Body** Off top bra im ah move mean wit u once i get home

**Recipients** Luis Rick Duran

**Author** Rick Duran

**Sent** 2016-04-10 08:27:27 UTC

**Deleted** false

**Body** Its good a nigga out here establishing we guna holla buenos noches brotha

**Recipients** Rick Duran Luis

**Author** Luis

**Sent** 2016-04-10 08:42:46 UTC

**Deleted** false

**Body** ,buenas bratha

**Recipients** Rick Duran Luis

**Author** Luis

**Sent** 2016-04-12 19:50:52 UTC

**Deleted** false

**Body** My nigga hows shit lookin out there

**Recipients** Luis Rick Duran

**Author** Rick Duran

**Sent** 2016-04-12 19:52:12 UTC

**Deleted** false

**Body** Its coming together im at work so ill holla wen im off bro

**Recipients** Rick Duran  Luis

**Author** Luis

**Sent** 2016-04-12 19:52:37 UTC

**Deleted** false

**Body** Yup

**Recipients** Luis  Rick Duran

**Author** Rick Duran

**Sent** 2016-04-14 20:45:26 UTC

**Deleted** false

**Body** Brotha who u in communication wit from da hood cause im supposed to have this sit down wit these hogg cats tonight n just received a phone call dat right now some homies from da hood was smashin down mannon n bouncing out on niggas im tryina find out who they is

**Recipients** Rick Duran  Luis

**Author** Luis

**Sent** 2016-04-14 20:47:02 UTC

**Deleted** false

**Body** I talk to hap bra if they doin that its most likely them lil niggas

**Recipients** Rick Duran  Luis

**Author** Luis

**Sent** 2016-04-14 20:48:08 UTC

**Deleted** false

**Body** Look for tha slicks or shit really i dont kno bra hap should be at work and he dony rock wit them lil niggas

**Recipients** Luis  Rick Duran

**Author** Rick Duran

**Sent** 2016-04-14 20:48:47 UTC

**Deleted** false

**Body** Jus spoke to haps i got it dont trip

**Recipients** Rick Duran
(
Luis
(

**Author** Luis
(

**Sent** 2016-04-20 23:37:57 UTC

**Deleted** false

**Body** Wats good bra

**Recipients** Luis
(
Rick Duran

**Author** Rick Duran
(

**Sent** 2016-04-20 23:41:59 UTC

**Deleted** false

**Body** At meeting wit social worker

**Recipients** Rick Duran
(
Luis
(

**Author** Luis
(

**Sent** 2016-04-20 23:42:38 UTC

**Deleted** false

**Body** I hope all is well bratha

**Recipients** Luis
(
Rick Duran

**Author** Rick Duran
(

**Sent** 2016-04-20 23:45:30 UTC

**Deleted** false

**Body** Gettin better bro gracias

**Recipients** Rick Duran
(
Luis
(

**Author** Luis
(

**Sent** 2016-04-20 23:58:17 UTC

**IP** 189.221.158.145

**Deleted** false

**Body** Thats good to kno bra

**Recipients** Luis
(
Rick Duran
(

**Author** Rick Duran
(

**Sent** 2016-04-21 00:04:31 UTC

**Deleted** false

**Body** Yup how u been

**Recipients** Rick Duran
(
Luis
(

**Author** Luis
(

**Sent** 2016-04-30 21:40:45 UTC

**Deleted** false

**Body** Hows it lookn out there my nigga

**Recipients** Luis  Rick Duran

**Author** Rick Duran

**Sent** 2016-04-30 21:41:51 UTC

**Deleted** false

**Body** Da game jus changed them hogg niggas lite up the homie house two nights ago

**Recipients** Rick Duran  Luis

**Author** Luis

**Sent** 2016-04-30 21:42:13 UTC

**Deleted** false

**Body** Coward ass niggas

**Recipients** Luis Rick Duran

**Author** Rick Duran

**Sent** 2016-04-30 21:42:49 UTC

**Deleted** false

**Body** N all 3 of em got caught up for it

**Recipients** Luis  Rick Duran

**Author** Rick Duran

**Sent** 2016-04-30 21:42:59 UTC

**Deleted** false

**Body** Dummy niggas

**Recipients** Rick Duran  Luis

**Author** Luis

**Sent** 2016-04-30 21:43:03 UTC

**Deleted** false

**Body** Fuck tha house do to em im telln u bra these cats got life and bullshit fuckd up

**Recipients** Rick Duran  Luis

**Author** Luis

**Sent** 2016-04-30 21:43:28 UTC

**Deleted** false

**Body** They gone get tha cryn

**Recipients** Luis

Rick Duran


**Author** Rick Duran


**Sent** 2016-04-30
21:45:10 UTC

**Deleted** false

**Body** Dats jus too bad for em somebody people gotta b da side dat cry better theirs then ours

**Recipients** Rick Duran

Luis

**Author** Luis


**Sent** 2016-04-30
21:45:20 UTC

**Deleted** false

**Body** Bra no luck on any funds my nigga im fuckd up police hit tha hut and i had to give em 4000 pesos for 30 grams of bammer

**Recipients** Rick Duran

Luis

**Author** Luis


**Sent** 2016-04-30
21:45:33 UTC

**Deleted** false

**Body** Off top fuckem

**Recipients** Luis

Rick Duran

**Author** Rick Duran


**Sent** 2016-04-30
21:46:10 UTC

**Deleted** false

**Body** Let me c wat i can gather get out here already

**Recipients** Rick Duran

Luis

**Author** Luis


**Sent** 2016-04-30
21:47:26 UTC

**Deleted** false

**Body** Tha brathas in t.j gone get me over bra in june july or august depending on tha party animals coming over from tha otha side bra im on it tho

**Recipients** Rick Duran

Luis

**Author** Luis


**Sent** 2016-05-01
20:31:34 UTC

**Deleted** false

**Body** Wats good bra

**Recipients** Rick Duran

( Luis
(

**Author** Luis
(

**Sent** 2016-05-06
02:28:21 UTC

**IP** 189.221.158.145

**Call Record**

**Type** phone

**Missed** true

**Duration** 0

**Recipients** Luis

( Rick Duran
(

**Author** Rick Duran
(

**Sent** 2016-05-06
02:29:29 UTC

**Deleted** false

**Body** Im in class at tera
firma for these drug
classes

**Recipients** Rick Duran
(
Luis
(

**Author** Luis
(

**Sent** 2016-05-06
02:30:15 UTC

**Deleted** false

**Body** Oh okay bra that's
was up

**Recipients** Rick Duran
(

Luis

(

**Author** Luis
(

**Sent** 2016-05-11
01:19:29 UTC

**Deleted** false

**Body** Wats new out there
bra

**Recipients** Rick Duran
(
Luis

(

**Author** Luis
(

**Sent** 2016-05-11
01:19:53 UTC

**Deleted** false

**Body** I talkd to hap and
he put me on tha
new new

**Recipients** Rick Duran
(
Luis

(

**Author** Luis
(

**Sent** 2016-05-11
23:57:21 UTC

**Deleted** false

**Body** Wats good bra I
was gone ask u if u
ever put sumthn
together for me bro
I'm ah go see that
brathas in t.j.