# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
**San Francisco Venue**

## Report on Offender Under Supervision

**Name of Offender**
Ricardo Manuel Duran

**Docket Number**
0971 4:16CR00437-001 JST

**Name of Sentencing Judge:**   The Honorable Jon S. Tigar
United States District Judge

**Date of Original Sentence:**   October 6, 2017

**Original Offense**
Count One: Felon in Possession of a Firearm and Ammunition,  18 U.S.C. § 922(g)(1), a Class C Felony.

**Original Sentence:** 36 months custody; followed by three (3) years supervised release.
**Special Conditions:** Special assessment $100.00; drug treatment and testing; mental health treatment; no alcohol; expanded search; computer search; no gang associations, specifically with any member of the Decoto XIV Norteno/Nuestra Familia gang; DNA collection; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.

**Prior Form(s) 12:** none

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Joseph M. Alioto, Jr.

**Date Supervision Commenced**
April 29, 2019
**Defense Counsel**
Angela M. Hansen (AFPD)

RE:   Duran, Ricardo Manuel                                                               2
      0971 4:16CR00437-001 JST

**Petitioning the Court to Take Judicial Notice**

**Cause**

Charge Number              Violation

One                        There is probable cause to believe that Mr. Duran violated standard
                           condition number one that states you must report to the probation office in
                           the federal judicial district where you are authorized to reside within 72
                           hours of release, unless the probation officer instructs you to report to a
                           different probation office or within a different time frame.

                           Ricardo Duran released from the jurisdiction of the Bureau of Prisons
                           on April 29, 2019 and failed to report to the United States Probation
                           Office within 72 hours for his Notice of Release and Arrival (NORA).

                           This officer contacted Mr. Duran on July 30, 2019, and he reported to
                           the United States Probation Office on July 31, 2019.

                           Evidence to support this charge is contained in the United States
                           Probation Officer's chronological entries dated July 30, 2019, and July
                           31, 2019.

Charge Number              Violation

Two                        There is probable cause to believe that Mr. Duran violated mandatory
                           condition number three that states you must refrain from any unlawful use
                           of a controlled substance.

                           On July 31, 2019, Ricard Duran reported to the United States Probation
                           Officer. During the office visit, he admitted he used marijuana about
                           July 17, 2019.

                           Evidence to support this charge is contained in the United States
                           Probation Officer's chronological entries dated July 31, 2019.

Charge Number              Violation

Three                      There is probable cause to believe that Mr. Duran violated special condition
                           number five that states Ricardo Duran shall abstain from the use of all
                           alcoholic beverages.

                           On July 31, 2019, Ricardo Duran reported to the United States Probation
                           Officer. During the office visit, he admitted he consumed alcohol,
                           specifically beer.

                           Evidence to support this charge is contained in the United States
                           Probation Officer's chronological entries dated July 31, 2019.

**RE:**    Duran, Ricardo Manuel                                                3
             0971 4:16CR00437-001 JST

### Action Taken and Reason

Ricardo Duran commenced his term of supervised release on April 29, 2019 and failed to report within seventy-two hours of his release. On July 30, 2019, upon review of this officer's cases, this officer verified Mr. Durant's release date and attempted to contact him.

As the probation office did not have a contact number for Mr. Duran, his employer at OCD Moving Services was contacted. With the assistance of his employer, this officer obtained Mr. Durant's cell phone number and contacted him immediately.

Mr. Duran was instructed to report to the United States Probation Office on July 31, 2019. During the office visit, Mr. Durant advised he reported to the United States Probation Office on April 8, 2019 and met with United States Probation Officer Jenna Russo and assumed an officer would be contacting him at a later time. It was explained to Mr. Duran, he was residing at the Residential Reentry Center (RRC) and still in Bureau of Prisons (BOP) custody when he reported. He released from the RRC on April 29, 2019 which is when the 72-hour reporting requirement commenced. Mr. Duran also noted that he has been working seven days a week and long hours, but acknowledged he failed to report to the probation office upon his release from BOP custody.

During the office visit Mr. Duran admitted he used marijuana and consumed alcohol.

These violations are of concern to this officer and his actions display what appears to be a disregard for his conditions of supervision. Initially, he attempted to provide reasons on why he failed to report or contact the United States Probation Office, however he ultimately acknowledged his violation conduct and took responsibility for his actions.

On July 31, 2019, I reviewed the Judgement and Commitment with Mr. Durant and he indicated he understood his conditions of supervised release. Mr. Duran has substance abuse and mental health conditions and he has been referred to Lifelong Treatment Services for a mental health assessment and enrolled in drug testing.

On August 1, 2019, this officer conducted a home visit at Mr. Duran's residence During the home visit, this officer had a lengthy discussion with his mother and sister, and they appeared to be supportive. I explained the seriousness of complying with conditions of supervision. His family members indicated Mr. Duran has not been problematic upon his release from custody and spends most of his time at work. His family also communited that Mr. Duran is in the process of filing for joint custody of his children in Alameda County.

This officer also contacted Mr. Duran's employer, Daniel (LNU) with OCD Moving Services to discuss Mr. Duran's work schedule. Daniel indicated Mr. Duran has been employed by OCD Moving Services for nearly four months and confirmed he works seven days a week and described Mr. Duran as "hard worker."

The probation officer commends Mr. Duran for obtaining employment and making strides to support his children. The undersigned will continue to monitor Mr. Duran's compliance with supervision and provide opportunities and services to assist in his transition back into the community. Should future supervised release violations occur, a court appearance before Your Honor will be requested.

**RE:**   Duran, Ricardo Manuel                                                                                4
0971 4:16CR00437-001 JST

It is respectfully requested the Court take Judicial Notice of the violation conduct.

Respectfully submitted,                                          Reviewed by:

_____                          _____
Shaheen Shan                                                    Noel Belton
U.S. Probation Officer Specialist                               Supervisory U.S. Probation Officer
Date Signed: August 8, 2019

THE COURT ORDERS:

☑    The Court concurs and takes judicial notice

☐    Submit a request to modify supervision

☐    Submit a request for a warrant

☐    Submit a request for summons

☐    Other:

August 14, 2019

_____          _____
Date                                                    Jon S. Tigar
                                                          United States District Judge

NDC-SUPV-FORM 12A   4/6/2015