# UNITED STATES DISTRICT COURT
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Venue**

---

### Report on Offender Under Supervision

---

**Name of Offender**
Ricardo Manuel Duran

**Docket Number**
0971 4:16CR00437-001 JST

**Name of Sentencing Judge:**   The Honorable Jon S. Tigar
United States District Judge

**Date of Original Sentence:**   October 6, 2017

**Original Offense:** Count 1: Felon in Possession of a Firearm and Ammunition 18 U.S.C. § 922(g)(1), a Class C felony.

**Original Sentence:** 36 months custody; three (3) years supervised release.

**Special Conditions:**   Special assessment $100.00; no gang associations; expanded search; substance abuse and treatment and testing; no alcohol; and mental health treatment.

**Prior Form(s) 12:** On August 14, 2019, the Court took judicial notice as Mr. Duran violated the following conditions of supervised release: failure to report to probation; use of a controlled substance; and no alcohol.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Joseph M. Alioto, Jr.

**Date Supervision Commenced**
April 29, 2019
**Defense Counsel**
Angela M. Hansen (AFPD)

---

### Petitioning the Court to Take Judicial Notice

#### Cause

| Charge Number | Violation |
|---|---|
| 1 | There is probable cause to believe Mr. Duran violated the mandatory condition of supervised release which states he shall not commit another federal, state or local crime. |

NDC-SUPV-FORM 12A  4/6/2015

**RE:**    Duran, Ricardo Manuel                                                                                          2
           0971 4:16CR00437-001 JST

On November 14, 2019, Mr. Duran was arrested by Stockton Police Department after he committed the following offenses: Possession of a Stolen Vehicle, a felony violation of California Penal Code 496(a); Evade Officer with Disregard, a felony violation of California Vehicle Code 2800.2(A); Reckless Driving, a misdemeanor violation of California Vehicle Code 23103(A); and Take Vehicle Without Consent, a misdemeanor violation of California Vehicle Code 10851

According to Stockton Police Department Incident No. 19-47986, on November 14, 2019, at 9:47 p.m. officers initiated a traffic stop on a vehicle Mr. Duran was driving. Mr. Duran failed to yield and led officers on a three-minute pursuit reaching speeds over 100 miles per hour, ultimately crashing in an intersection. Mr. Duran was transported to San Joaquin County Hospital. Doctors reported Mr. Duran had a severe spinal injury and would not walk again. Mr. Duran was admitted into surgery and he was cited and released by officers.

### Action Taken and Reason

Ricardo Duran commenced his term of supervision on April 29, 2019. As the court is aware, on August 14, 2019, Mr. Duran violated his supervision by failing to report to the Probation Office and using marijuana and alcohol. However, Mr. Duran had made positive strides by working full time and was referred to substance abuse services.

Mr. Duran completed an assessment with Lifelong Treatment Services, was participating in counseling, and attending his random drug screens. On November 25, 2019, the probation officer made a home contact and Mr. Duran's mother informed probation that her son was hospitalized. Attempts to locate Mr. Duran in the hospital were unsuccessful as he had been moved to a rehabilitation center. On December 26, 2019, Mr. Duran contacted probation and advised he had been released from the hospital and was residing with extended family in Stockton, CA. He further advised, he was unable to access his mother's house since she lives in a two story apartment and he is in a wheelchair. On December 27, 2019, the probation officer contacted Mr. Duran at this residence and verified his medical condition. Mr. Duran has been asked to provide further medical documentation as he will be undergoing a second surgery for doctors to attempt to repair his spine.

On December 17, 2019, the probation officer contacted San Joaquin County District Attorney's Office and was informed the case is still under review and charges have not been filed. It is requested at this time, due to Mr. Duran's ongoing medical condition, that the Court take Judicial Notice of the violation conduct. If the state files formal charges and Mr. Duran is convicted, probation will notify the Court and recommend an appropriate course of action.

Respectfully submitted,                                 Reviewed by:

**RE:**   Duran, Ricardo Manuel                                    3
       0971 4:16CR00437-001 JST

_____
Lisa Hage
U.S. Probation Officer
Date Signed: January 8, 2020

_____
Michael J. Primeau
Supervisory U.S. Probation Officer

THE COURT ORDERS:

☑|   The Court concurs and takes judicial notice

☐|   Submit a request to modify supervision

☐|   Submit a request for a warrant

☐|   Submit a request for summons

☐|   Other:

__January 10, 2020_____
Date

_____
Jon S. Tigar
United States District Judge

NDC-SUPV-FORM 12A  4/6/2015